JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DANIEL ASHMAN, et al., | ) | Case No. CV 12-342 DSF (JCx) |
|---|---|---|
| Plaintiffs, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| 6356095 CANADA, INC. | ) | |
| Defendants. | ) | |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution, and plaintiffs not having timely responded,

IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing and that the action be dismissed without prejudice.

Dated: 8/31/12

_____
DALE S. FISCHER
United States District Judge